# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRUJILLO, *et al.*,<br><br>  Defendant. | Case No.  1:19-cv-00399-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION<br><br>(ECF No. 17) |

Plaintiff Etuate Sekona ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 30, 2019, the Magistrate Judge issued findings and recommendations that this action be dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted. (ECF No. 17.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 12.) Following an extension of time, Plaintiff timely filed objections on January 17, 2020. (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case, including Plaintiff's objections. None of Plaintiff's objections provide a legal basis on which to question the Magistrate Judge's findings and recommendations.

1

The Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 30, 2019 (ECF No. 17) are ADOPTED in full;
2. This action is DISMISSED, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  December 4, 2020                                   _____
                                                              SENIOR DISTRICT JUDGE