# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, | Case No.  1:19-cv-00399-AWI-BAM (PC) |
| Plaintiff, | Appeal No. 20-17500 |
| v. | ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |
| TRUJILLO, *et al.*, | |
| Defendants. | |

Plaintiff Etuate Sekona ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On December 7, 2020, the Court dismissed this action, with prejudice, due to Plaintiff's failure to state a cognizable claim upon which relief may be granted.  (ECF No. 21.)  Judgment was entered accordingly the same date.  (ECF No. 22.)  On December 28, 2020, Plaintiff filed a notice of appeal.  (ECF No. 23.)

On January 7, 2021, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal.  28 U.S.C. § 1915(a)(3).  The Court finds that this appeal is not taken in bad faith and is not frivolous.  Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:   __January 11, 2021__          _____/s/ *Barbara A. McAuliffe*_____

UNITED STATES MAGISTRATE JUDGE